FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 2 4 2017

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT[1]

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIMINAL NO. 17-1359 MV |
| vs. | Count 1: 18 U.S.C. §§ 1153 and 113(a)(3): Assault with a Dangerous Weapon; |
| RONALD MARTINEZ, | Count 2: 18 U.S.C. § 922(g)(1): Prohibited Person in Possession of a Firearm and Ammunition. |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

Count 1

On or about April 19, 2017, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **RONALD MARTINEZ**, an Indian, assaulted John Doe with a dangerous weapon, specifically, a large stick, with intent to do bodily harm.

In violation of 18 U.S.C. §§ 1153 and 113(a)(3).

Count 2

On or about April 19, 2017, in Rio Arriba County, in the District of New Mexico, the defendant, **RONALD MARTINEZ**, having been convicted of at least one of the following felony crimes punishable by imprisonment for a term exceeding one year:

(1)   shooting at a dwelling,

(2)   unlawful use of a firearm,

(3)   assault resulting in serious bodily injury,

(4)   discharge of a firearm during and in relation to a crime of violence,

knowingly possessed, in and affecting commerce, a firearm and ammunition.

In violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

5/19/2017 11:25 AM